**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2737**

---

In Re: JOHN W. MILTON,

Debtor.

---

JOHN W. MILTON,

Debtor - Appellant,

versus

UNITED STATES OF AMERICA,

Movant - Appellee,

and

GARY A. ROSEN; U. S. TRUSTEE,

Parties in Interest.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-98-2511-PJM)

---

Submitted: January 31, 2000        Decided: February 22, 2000

---

Before WIDENER, WILKINS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

John W. Milton, Appellant Pro Se.  Lynne Ann Battaglia, United States Attorney, Tamera Lynn Fine, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John W. Milton appeals from the district court's order affirming the bankruptcy court's order denying his motion to reopen his bankruptcy proceeding.  This court reviews the judgment of a district court sitting in review of a bankruptcy court de novo, applying the same standards of review that were applied in the district court.  See Three Sisters Partners, L.L.C. v. Harden (In re Shangra-La, Inc.), 167 F.3d 843, 847 (4th Cir. 1999).  The denial of a motion to reopen a bankruptcy proceeding is reviewed only for abuse of discretion.  See Hawkins v. Landmark Fin. Co., 727 F.2d 324, 326 (4th Cir. 1984).  Our review of the record and the bankruptcy court's opinion discloses no abuse of discretion. Accordingly, we affirm on the reasoning of the bankruptcy court. Milton v. United States, No. 94-1-3012-DK (Bankr. D. Md. July 7, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3